UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3-5 (KPF) |
| JOSHUA HICKS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court will hold a change of plea hearing in this matter on **May 6, 2021, at 2:30 p.m.** The proceeding will be conducted by video conference. Access instructions will be provided in advance.

SO ORDERED.

Dated: April 30, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge