UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> JOSHUA HICKS, <br><br> Defendant. | 20 Cr. 3-5 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Mr. Hicks's sentencing will proceed on **November 30, 2021, at 3:30 p.m.** in Courtroom 618, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  The defense sentencing submission shall be filed on or before **November 16, 2021**, and the Government's submission shall be filed on or before **November 23, 2021**.

SO ORDERED.

Dated:   July 22, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge